# LAW OFFICE OF JONATHAN LANGER

260 MADISON AVENUE, 17TH FL  
NEW YORK, NY 10016  
jonathan@jonathanlangerlaw.com  

P 646.801.9332  
F 917.893.0036  
jonathanlangerlaw.com

December 12, 2025

*By ECF*

The Honorable Brian M. Cogan  
United States District Judge  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

Re:   United States v. Dalip Singh, 25 Cr. 372 (BMC)

Dear Judge Cogan:

  I represent Mr. Dalip Singh in the above-captioned matter. Mr. Singh respectfully requests permission to travel to India for approximately three weeks around the Christmas holiday to visit his elderly brother and sister. Mr. Singh's brother, Emrik Singh, is 76 years old and is currently hospitalized with heart and kidney problems. His sister, Gurmeet Kaur, is 74 and also in ill health.

  While the government, probation and pretrial services object to this request due to his ongoing criminal case and VOSR, Mr. Singh's substantial bond package and other measures such as the surrender of his family's passports, will assure his return to the country, as he has done the prior occasions he was permitted to travel to India.

  Mr. Singh traveled to India on eight occasions during the pendency of his 2019 criminal case before Your Honor and his probationary term. In his prior criminal case, 19-cr-00303-BMC, the Court granted each of Mr. Singh's eight prior travel requests, specifically on:

- December 23, 2019 – ECF No. 24
- December 11, 2020 – ECF No. 38
- October 26, 2022 – ECF No. 65
- March 16, 2023 – ECF No. 69
- August 4, 2023 – ECF No. 71
- November 22, 2023 – ECF No. 82
- October 1, 2024 – ECF No. 92
- December 10, 2024 – ECF No. 93

  For each of these trips, Mr. Singh complied with all conditions imposed by the Court, Pretrial Services, and Probation, including providing advance travel details, surrendering the passports of his immediate family members when required, providing affidavits from suretors stating that they consented to his travel, and returning to the United States as scheduled.

      Mr. Singh respectfully requests to travel to India with the same conditions in place that this Court deemed adequate in granting his previous requests. Namely, as a condition to his travel, Mr. Singh's wife and four children, who are United States Citizens will surrender their passports while Mr. Singh is abroad. Additionally, the suretors will execute affidavits and provide them to the government stating they are aware of and consent to his international travel. These measures, together with his substantial bond in the amount of $1,500,000, secured by his family's home and two suretors are more than sufficient to guarantee his return to the United States.

      Should the Court grant permission for this additional travel, Mr. Singh will continue to adhere strictly to all instructions of Pretrial Services the Probation Department.

      Thank you for the Court's continued consideration.

      Respectfully submitted,

      _____/s/_____
      Jonathan Langer
      Anthony Cecutti
      Carla Sanderson

cc: Counsel of Record (by ECF)